

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-1505-CAB |
| Plaintiff, | |
| v. | ORDER UNSEALING INDICTMENT |
| PEDRO INZUNZA NORIEGA (1),<br>   aka "Sagitario,"<br>   aka "120,"<br>   aka "El de la Silla,"<br>PEDRO INZUNZA CORONEL (2),<br>   aka "Pichon,"<br>   aka "Pajaro,"<br>   aka "Bird,"<br>DAVID ALEJANDRO<br>   HEREDIA VELAZQUEZ (3),<br>   aka "Tano,"<br>   aka "Mr. Jordan,"<br>OSCAR RENE GONZALEZ MENENDEZ (4),<br>   aka "Rubio."<br>ELIAS ALBERTO QUIROS BENAVIDES (5),<br>DANIEL EDUARDO BOJORQUEZ (6),<br>   aka "Chopper,"<br>JAVIER ALONSO VAZQUEZ SANCHEZ (7),<br>   aka "Tito,"<br>   aka "Drilo,"<br><br>            Defendants. | |

The United States moved this Court to unseal the Indictment Case No. 25-CR-1505-CAB. Based on the reasons cited by the United States,

and for good cause appearing, it is hereby ordered that the Indictment in Case No. 25-CR-1505-CAB, shall be unsealed.

SO ORDERED.

Dated: May 12, 2025

_____
Honorable Steve B. Chu
United States Magistrate Judge